# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** |
| v. | CASE NUMBER:  07-po-07013 |
| DEARON MITCHELL | Phillip Tate |

**THE DEFENDANT:**

Pleaded guilty to count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense
:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(a) | Driving Under the Influence | 5/11/2006 | 1 |
| 18 USC 13 | | | |

The defendant is sentenced as provided in  this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

3/7/2007
_____
Date of Imposition of Judgment

s/O. Edward Schlatter
_____
Signature of Judicial Officer

O. Edward Schlatter
U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

3/8/2007
_____
Date

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | **(For a Petty Offense)** |
| v. | CASE NUMBER:  07-po-07013 |
| DEARON MITCHELL | Phillip Tate |

**THE DEFENDANT:**

Pleaded guilty to count One of the Information.

**ACCORDINGLY,**  the court has adjudicated that the defendant is guilty of the following offense
:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(a) | Driving Under the Influence | 5/11/2006 | 1 |
| 18 USC 13 | | | |

The defendant is sentenced as provided in  this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

3/7/2007
_____
Date of Imposition of Judgment

s/O. Edward Schlatter
_____
Signature of Judicial Officer

O. Edward Schlatter
U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

3/8/2007
_____
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ninety (90) days, seventy (70) days suspended. No credit shall be given for the three days served. The defendant shall surrender himself to the US Marshal on March 9, 2007.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ninety (90) days, seventy (70) days suspended. No credit shall be given for the three days served. The defendant shall surrender himself to the US Marshal on March 9, 2007.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|-------|-----------|------|-------------|
| 1 | $25.00 | $700.00 | |
| **TOTALS** | $25.00 | $700.00 | $0.00 |

21

## OTHER ORDERS OF COURT

Defendant shall complete Level II Alcohol Awareness; Defendant shall perform 60 hours of community service,  and shall provide proof of completion of same to the government.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|:---:|:---:|:---:|:---:|
| 1 | $25.00 | $700.00 | |
| **TOTALS** | $25.00 | $700.00 | $0.00 |

21

## OTHER ORDERS OF COURT

Defendant shall complete Level II Alcohol Awareness; Defendant shall perform 60 hours of community service,  and shall provide proof of completion of same to the government.